

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[x] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

_____
DENISE COTE
United States District Judge

_____
November 24, 2020
Date

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case No. 1:11CR00928-1(DLC) |
| Hernan Hurtado | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following documents filed with the court.

**See attached violation specifications 1 - 4**

  X  Supervised Release Violation Petition

| | |
|---|---|
| Place: Skype for Business Meeting<br>https://meet.lync.com/fedcourts-nysd/anthony_sampson/39SU6F80<br>Join by phone<br>+19179332166<br>Conference ID: 264948491 | Courtroom No.: N/A |
| | Date and Time: December 11, 2020 at 10:00am |

**See attached violation specifications 1 - 4.**

Date: November 24, 2020

_____
DENISE COTE
United States District Judge

Honorable Denise L. Cote, U.S. District Judge
*Printed name and title*

I declare under penalty of perjury that I have:
☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____          _____
                                           *Server's signature*

                                           _____
                                           *Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 1:11CR00928-1(DLC)

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

INFORMATION FOR SERVICE

Name of supervisee: _____
Last known residence: _____
_____
Usual place of abode *(if different from residence address)*: _____
_____
If the supervisee is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____
_____
If the supervisee is an organization, last known address within the district or principal place of business elsewhere in the United States: _____
_____

PROOF OF SERVICE

This summons was received by me on *(date)* _____.

- ☐ I personally served the summons on this supervisee _____ at *(place)* _____ on *(date)* _____ ; or
- ☐ on *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or
- ☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or
- ☐ The summons was returned unexecuted because: _____ _____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                             *Server's signature*

                                             _____
                                             *Printed name and title*

Hurtado, Hernan                                      3                                      62637 - ZJ

Remarks:

VIOLATION SPECIFICATIONS

1.  FROM DECEMBER 2019 TO APRIL 2020, THE SUPERVISEE FAILED TO WORK REGULARLY AT A LAWFUL OCCUPATION, IN THAT, THE SUPERVISEE WAS UNEMPLOYED DURING THIS TIME AND FAILED TO PROVIDE THE PROBATION OFFICER WITH AN ACCEPTABLE REASON FOR HIS UNEMPLOYMENT. CONDITION #1, GRADE C VIOLATION.

2.  FOR THE MONTHS OF DECEMBER 2019 TO JUNE 2020, AUGUST AND SEPTEMBER 2020, THE SUPERVISEE FAILED TO MAKE A GOOD FAITH EFFORT TO PAY THE COURT-ORDERED FINANCIAL OBLIGATION, IN THAT, THE SUPERVISEE HAS FAILED TO MAKE RESTITUTION PAYMENTS ACCORDING TO THE PAYMENT SCHEDULE ORDERED BY THE COURT.  SPECIAL CONDITION, GRADE C VIOLATION.

3.      ON OR ABOUT MAY 4, 2020, THE SUPERVISEE FAILED TO COMPLY WITH THE SPECIAL CONDITION PROHIBITING THE SUPERVISEE FROM ANY EMPLOYMENT THAT INVOLVES TELEMARKETING, DIRECT MAIL, OR ANY TIMESHARE OR VACATION RELATED BUSINESS, IN THAT, HE HAS BEEN INVOLVED IN TELEMARKETING SALES FOR HIS MOTHER'S BUSINESS, PANDEMIC APPROVED SANITATION, LLC.  SPECIAL CONDITION, GRADE C VIOLATION.

4.  FROM DECEMBER 11, 2019, TO THE PRESENT, THE SUPERVISEE FAILED TO COMPLY WITH THE SPECIAL CONDITION OF PROHIBITING THE DEFENDANT FROM ANY EMPLOYMENT THAT INVOLVES TELEMARKETING, DIRECT MAIL, OR ANY TIMESHRE OR VACATION RELATED BUSINESS, IN THAT, HE HAS BEEN INVOLVED IN THE SALE OF VACATION PACKAGES THROUGH UNIQUE LIFESTYLE VACATIONS, A BUSINESS HE ESTABLISHED WHILE INCARCERATED ON HIS REVOCATION SENTENCE. SPECIAL CONDITION, GRADE C VIOLATION.