```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :        11cr928(DLC)
                                         :
           -v-                           :        ORDER
                                         :
HERNAN HURTADO,                          :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court having issued a summons for defendant Hernan Hurtado to appear on **December 11, 2020 at 10:00am**, it is hereby

ORDERED that the summons shall proceed via the Skype for Business videoconference, if the Skype for Business platform is reasonably available.  To access the conference, paste the following link into your browser:

https://meet.lync.com/fedcourts-nysd/anthony_sampson/39SU6F80.

To use this link, you may need to download software to use Skype's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

Business, may access the conference audio using the following credentials:

>      Call-in number:    +19179332166
>      Conference ID:     264948491

IT IS FURTHER ORDERED that by Friday, **December 4, 2020,** defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Skype for Business.  If the defendant and counsel are unable to successfully test Skype for Business, an Order will issue informing the parties whether the sentencing shall be rescheduled to occur in person.

Dated:    New York, New York
          November 24, 2020

_____
DENISE COTE
United States District Judge