```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :       11cr928-01 (DLC)
           -v-                           :
                                         :           ORDER
HERNAN HURTADO,                          :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A conference on the violation of supervised release is scheduled for **January 28, 2021** at **10:00 a.m.**  The defendant resides in the state of Florida.  Due to the travel restrictions imposed by the State of New York and the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **Wednesday, January 13**:

> Does the defendant consent to have the violation of supervise release status conference occur through videoconference technology?

If the defendant consents to proceed with the conference through videoconference technology, please complete and submit

the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         January 6, 2021

```
                    _____
                         DENISE COTE
                    United States District Judge
```