```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    11cr928-01(DLC)
                                         :
            -v-                          :    CORRECTED ORDER
                                         :
HERNAN HURTADO,                          :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court received the letter dated January 15, 2021 from defense counsel advising the Court of the defendant's preference to have the **January 28, 2021** conference on the violation of supervised release occur via a videoconference proceeding, as opposed to an in person proceeding. The letter also requests that, with the consent of the Government, the January 28 matter be adjourned for thirty days to permit the parties more time to resolve the issues. The letter does not indicate U.S. Probation Officer Mari Ramos's position. The Court confirmed with Officer Ramos that she opposes the request to adjourn due to defendant's continued noncompliance. Accordingly, it is hereby

ORDERED that the request to adjourn the January 28 conference is denied. Defense counsel is directed to consult with Officer Rios to the extent there is a request in the future for an adjournment.

IT IS FURTHER ORDERED that the January 28 conference is shall proceed via the Microsoft Teams videoconference platform, if that platform is reasonably available.  To access the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZTBhYjg1YjQtZGNiMC00ZjA4LThmZjctMmI1YTI5ODFiZmRl%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2220b3b4ec-1ef6-4484-88f4-2126fecd52fa%22%7d.

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  When you successfully access the link, you will be

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.
[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

2

placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams. For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

**Call-in number:**     +1 917-933-2166

**Conference ID:**      657 126 329#

IT IS FURTHER ORDERED that by **Tuesday, January 26, 2021**, defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Microsoft Teams. If the defendant and counsel are unable to successfully test Microsoft Teams, defense counsel shall advise the Court whether the defendant consents to proceeding with a telephone conference or whether the defendant requires the proceeding to occur in person.

Dated:    New York, New York
          January 21, 2021

_____
DENISE COTE
United States District Judge