```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    11cr928(DLC)
                                         :
          -v-                            :    ORDER
                                         :
HERNAN HURTADO,                          :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Violation of Supervised Release conference is scheduled to occur on **February 26, 2021** at **2:00 p.m.** Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 p.m.** on **February 18, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         February 12, 2021

                                   _____
                                         DENISE COTE
                                   United States District Judge