```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    11cr928(DLC)
                                         :
            -v-                          :    CORRECTED ORDER
                                         :
HERNAN HURTADO,                          :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Violation of Supervised Release conference is scheduled to occur on **March 19, 2021** at **10 a.m.**  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **March 11, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         February 19, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge

April 10, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                    -v-                                     **WAIVER OF RIGHT TO BE PRESENT AT**
                                                            **CRIMINAL PROCEEDING**

                                ,
                                 Defendant.                                    -CR-    ( )( )

-----------------------------------------------------------------X


\_\_\_      Supervised Release Conference

      I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:      _____
              Signature of Defendant


              _____
              Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:      _____
              Signature of Defense Counsel


              _____
              Print Name

2

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:          _____
               Signature of Defense Counsel

**Accepted:**   _____
               Signature of Judge
               Date:

Case 1:11-cr-00928-DLC Document 218-1 Filed 02/22/21 Page 3 of 3

2