```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :         11cr0928-01 (DLC)
                                         :
            -v-                          :              ORDER
                                         :
HERNAN HURTADO,                          :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 12, defense counsel requested an adjournment of the March 19 proceeding.  It is hereby

ORDERED that March 19 proceeding is adjourned to **April 30, 2021** at **10 a.m.**

IT IS HEREBY ORDERED that, the defendant having consented to a videoconference, the conference on April 30 shall proceed via the Microsoft Teams videoconference platform, if that platform is reasonably available.  To access the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZTEwMWJiNWEtYWZkMy00ZmI2LTg3OWYtYzNiNDU4ZDJmODBm%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d

     To use this link, you may need to download software to use

the platform's videoconferencing features.[1]  The link in this

order is currently live.  **Participants are directed to test**

**their videoconference setup in advance of the conference --**

**including their ability to access the link.  Defense counsel**

**shall assist the defendant in testing the videoconference**

**capability so that the defendant can participate by**

**videoconference**.  Participants, including defense counsel, shall

report any difficulties accessing the link to chambers **no later**

**than 24 hours** in advance of the conference so that chambers may

assist the parties.

     Users who are unable to download the Microsoft Teams

application may access the meeting through an internet browser,

although downloading the Teams application is highly

recommended.[2]  **If the participant is using an internet browser,**

**it is recommended to use either Microsoft Edge or Google Chrome**

**as Teams is not fully compatible with other browsers.**

Participants should also ensure that their webcam, microphone,

and headset or speakers are all properly configured to work with

Microsoft Teams.  For general guidelines for participation in

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7,
2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-
teams/download-app.
[2] Please note that participants who access the Teams meeting
using an internet browser may only be able to view one
participant at a time.

remote conferences, visit https://nysd.uscourts.gov/covid-19-
coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or
counsel who are unable to successfully access Microsoft Teams
may access the conference's audio using the following
credentials:

Call-in number:     917-933-2166
Conference ID:      157 851 754#

Dated:    New York, New York
          March 15, 2021

_____
DENISE COTE
United States District Judge