```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :       11cr0928-01 (DLC)
                                         :
            -v-                          :            ORDER
                                         :
HERNAN HURTADO,                          :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 21, defense counsel informed the Court a disposition had been reached on the defendant's specifications of violation of supervised release.  Accordingly, it is hereby

ORDERED that the April 30, 2021 conference shall proceed as an admission and sentencing.  Any submissions contemplated by the defendant shall be filed by April 26, 2021.  Any response by the Government shall be filed by April 28.

IT IS FURTHER ORDERED that, the defendant having consented to a videoconference, the conference on April 30 shall proceed via the Microsoft Teams videoconference platform.  To access the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZTEwMWJiNWEtYWZkMy00ZmI2LTg3OWYtYzNiNDU4ZDJmODBm%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d

Counsel shall refer to the Order issued on March 15, 2021 for further instructions on how to access the video conference.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

        Call-in number:    917-933-2166
        Conference ID:    157 851 754#

Dated:    New York, New York
          April 22, 2021

_____
DENISE COTE
United States District Judge