

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

April 26, 2021

Hon. Denise L. Cote
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re.:** **_United States v. Hernan Hurtado_**
**_Case No.: 11 Cr. 928 (DLC)_**

Dear Judge Cote,

In response to the Your Honor's Order dated April 23, 2021, I respectfully request a one (1) day extension of time to file my sentencing submission. Mr. Hurtado and I are still compiling certificates and other documents that are relevant to his case. Accordingly, I ask for an extension until tomorrow, April 27 to file my submission.

The Government has no objection to this request. Further, if endorsed, the Government would continue to file its submission by April 28.

Thank you for your consideration of this matter.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Granted.
/s/ Denise Cote
April 27, 2021

Cc: Jessica Lonergan, AUSA (via ECF)

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724