

FASULO BRAVERMAN & DI MAGGIO, LLP

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

ATTORNEYS AT LAW

June 2, 2021

Hon. Denise L. Cote
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

*Denied. The Probation Department is notifying the defendant of where he is to report by 2pm today. /s/ Denise Cote 6/4/21*

Re:   **United States v. Hernan Hurtado**
      *Case No.: 11 Cr. 928 (VOSR)*

Dear Judge Cote,

    I represent Hernan Hurtado in the above referenced matter. On April 30, 2021, this Court issued a Judgement and Commitment which was recorded on the docket (see attachment). As per the Judgment, the defendant was directed to surrender at the institution designated by the Bureau of Prisons on June 4, 2021. To date, neither Mr. Hurtado nor my office has received a designation letter. My office has contacted the Bureau of Prisons' Designation & Sentence Computation Center, the US Marshalls Office for the Southern District of New York, and Probation Officer Mari Rios – all parties indicate they do not have any information about a designated facility for Mr. Hurtado.

    After consultation with AUSA Jessica Lonergan, it is our request at this time to have Mr. Hurtado remain at liberty for another 21 days, and to move his voluntary surrender date to June 25, in order to ensure that the Bureau of Prisons designates Mr. Hurtado to a facility.

    Although Mr. Hurtado has recently received his Covid-19 vaccine, during these times movement from prison to prison is more complicated. Therefore we believe it would be much easier for him to surrender to a specific facility, rather than have him transferred from one facility to another and be influx. We apologize for this late request, however we were hopeful that we would have been notified of his designation prior to this letter.

    The Government has no objection to this request.

**225 Broadway, Suite 715**  **505 Eighth Avenue, Suite 300**  **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**  **New York, New York 10018**  **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**  **Tel (212) 967-0352**  **Tel (201) 569-1595**
**Fax (212) 566-8165**  **Fax (201) 596-2724**  **Fax (201) 596-2724**

      Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

      Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: AUSA Jessica Lonergan